

RECEIVED
IN MONROE, LA
FEB 1 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| TRON COLLIER | CIVIL ACTION NO. 06-2062 |
| VS. | SECTION P |
| JOHN GUNTER, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for purposes of proceeding in an *in forma pauperis* proceeding pursuant to 28 U.S.C. § 1915(d). If plaintiff exhausts his administrative remedies, with respect to the claims raised herein, he can present these §1983 claims again, but he may not proceed *in forma pauperis* to do so.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 14 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE